**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUIS C. PECK GARRIDO, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>XGIMI TECHNOLOGY INCORPORATED,<br><br>Defendant. | Civil Action No. 1:24-cv-4290 |

## STIPULATION OF DISMISSAL

Plaintiff LUIZ C. PECK GARRIDO and Defendant XGIMI TECHNOLOGY INCORPORATED, by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of the instant lawsuit, with prejudice.

Dated: October 8, 2026

*/s/ Bryan G. Faubus*
Bryan G. Faubus, Esq.
Bar No. 4894101
**MIGLIACCIO & RATHOD LLP**
412 H Street NE
Washington, DC 20002
Office: (202) 470-3520
Fax: (202) 800-2730
bfaubus@classlawdc.com
*Counsel for Plaintiff Luiz C. Peck Garrido*

Dated: October 8, 2026

Respectfully submitted:

**BLANK ROME LLP**

By: */s/Aubre G. Dean*
Aubre G. Dean

1271 Avenue of the Americas
New York, NY 10020
Tel.: 212.885.5000
aubre.dean@blankrome.com

*Counsel for Defendant XGIMI Technology Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 25, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk's Office using this Court's CM/ECF system and served upon the following:


Aubre G. Dean
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.: 212.885.5000
aubre.dean@blankrome.com


*Counsel for XGIMI Technology Inc.*

*/s/ Bryan G. Faubus*
Bryan G. Faubus